UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)


| | | |
|---|---|---|
| | ) | |
| In re:  REBECCA C. PORTMAN | ) | CASE NO. 21-BK-51382 |
| | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor | ) | JUDGE: KOSCHIK |
| | ) | |

## NOTICE OF MOTION

Interested Parties Urs and Karin Schneeberger have filed a Motion for Relief from Stay and Abandonment with the court to remove the Automatic Stay preventing them from prosecuting the Debtor, Rebecca Portman, for fraud.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.**

If you want the court to consider your views on the Motion for Relief, then, on or before February 7, 2022, you or your attorney must:

File with the court a written response explaining the creditor's position at:

United States Bankruptcy Court
2 South Main Street
Akron, OH 44308

If you mail your correspondence to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Attorney Mark Graziani
P.O. Box 1158
Norton, OH 44203

You must also attend the hearing to discuss this matter, as scheduled by the United States Bankruptcy Court, Northern District of Ohio.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

January 14, 2022
      /s/ Mark Graziani
Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for Urs and Karin Schneeberger

# CERTIFICATE OF SERVICE

I hereby certify that true and accurate copies of Urs Schneeberger's Notice of Motion and Motion for Relief From Stay and Abandonment (without Memorandum) was sent by regular mail upon the addresses of the following creditor list for Debtor Rebecca Portman, on January 14, 2022.

| Ally Bank<br>AIS Portfolio Services, LP<br>4515 North Santa Fe<br>Avenue, Department APS<br>Oklahoma City, OK 73118 | Ally Financial Bankruptcy<br>P.O. Box 380901<br>Bloomington, MN 55438 | David Bacevice<br>248 Euclid Avenue #408<br>Cleveland, OH 44114 | Best Egg<br>Resurgent Capital<br>Services<br>P.O. Box 5025<br>Sioux Falls, SD 57117 |
|---|---|---|---|
| Best Egg Cross River Bank<br>P.O. Box 207865<br>Dallas, TX 75320 | Best Egg Cross River Bank<br>Frontline Asset Strategies<br>2700 Snelling Avenue<br>Suite 250<br>Saint Paul, MN 55113 | Best Egg Cross River Bank<br>LVNV Funding<br>P.O. Box 10497<br>Greenville, SC 29603 | Capital One<br>P.O. Box 85064<br>Glen Allen, VA 23058 |
| Capital One Spark Business<br>P.O. Box 85064<br>Glen Allen, VA 23058 | Citizens Bank Bankruptcy<br>One Citizens Bank Way<br>Johnston, RI 02919 | Citizens Bank<br>Mercantile, Inc.<br>165 Lawrence Bell Drive,<br>Suite 100<br>Buffalo, NY 14221 | Connexus<br>P.O. Box 8026<br>Wausau, WI 54402 |
| Cross River Bank<br>Absolute Resolutions<br>Investments<br>8000 Norman Center Drive,<br>#350<br>Bloomington, MN 55437 | Cross River Bank<br>Resurgent Capital Services<br>P.O. Box 5025<br>Sioux Falls, SD 57117 | Crystal Clinic Inc.<br>P.O. Box 75575<br>Cleveland, OH 44101 | David Garanich<br>11709 Highview<br>Avenue<br>Akron, OH 44301 |
| Duriya Dhinojwala<br>Brennan Manna Diamond<br>75 East Market Street<br>Akron, OH 44308 | Discover Financial Services<br>P.O. Box 3025<br>New Albany, OH 43054 | Drayer Physical Theapy<br>6397 Lee Highway Suite<br>300<br>Chattanooga, TN 37421 | EMP of Cuyahoga<br>County<br>P.O. Box 14099<br>Belfast, ME 04915 |
| Emergency Professional<br>Services Inc.<br>3585 Ridge Park Drive<br>Akron, OH 44333 | Emergency Professional<br>Services Inc.<br>Dynamic Recovery<br>Solutions<br>P.O. Box 25759<br>Greenville, SC 29616 | ExactCare<br>8333 Rockside Road<br>Cleveland, OH 44125 | Green Sky<br>P.O. Box 29429<br>Birmingham, AL<br>35287 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101 | IRS U.S. Attorney<br>801 West Superior Avenue,<br>Suite 400<br>Cleveland, OH 44113 | Jeffrey Koberg<br>Law Offices of Timothy M.<br>Sullivan<br>18013 Cleveland Parkway,<br>Suite 180<br>Cleveland, OH 44135 | Key Bank<br>P.O. Box 89438<br>Cleveland, OH 44101 |
| Lending Point<br>P.O. Box 88599<br>Milwaukee, WI 53288 | Lending Point<br>Credit Corp Solutions<br>180 Election Road<br>Suite 200<br>Draper, UT 84020 | Mark Brigham<br>195 Wadsworth Road<br>Wadsworth, OH 44281 | Martlette Funding<br>1523 Concord Pike<br>Wilmington, DE<br>19803 |
| Medina HMT Dermatology<br>5783 Wooster Pike<br>Medina, OH 44256 | PNC Bank<br>P.O. Box 747032<br>Pittsburgh, PA 15274 | Penn Credit Corp<br>916 South 14th Street<br>Harrisburg, PA 17104 | Physicians Ambulance<br>Service<br>4495 Cranwood<br>Parkway<br>Cleveland, OH 44128 |

| RITA<br>P.O. Box 470537<br>Broadview Heights, OH 44147 | SBA<br>14925 Kingsport Road<br>Portland, OR 97208 | Sofi Lending Corp<br>P.O. Box 654158<br>Dallas, TX 75265 | Sofi Lending Corp<br>Zwicker & Associates<br>P.O. Box 9013<br>Andover, MA 01810 |
|---|---|---|---|
| Sprint<br>American Infosource<br>4515 North Santa Fe Avenue<br>Oklahoma City, OK 73118 | Summa Health System<br>P.O. Box 182301<br>Columbus, OH 43218 | Summa Rehabilitation<br>P.O. Box 740613<br>Los Angeles, CA 90074 | United Podiatry<br>1930 State Route 59<br>Kent, OH 44240 |

**Parties to be served via the Court's Electronic Case Filing System: these entities and individuals are listed on the Courts Electronic Mail Notice List:**

21-51382-amk Notice will be electronically mailed to the U.S. Trustee, and:

Trustee Julie Zurn, jzurn@brouse.com;

Mark Knevel, Attorney for Debtor, mknevel@knevellaw.com;

Mark Graziani, Attorney for Interested Parties, mark_graziani@yahoo.com, mark@graziani-law.com;